# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

| | | |
|---|---|---|
| LORI SEARLES  Plaintiff, | ) ) ) | |
| v. | ) ) ) | **JUDGMENT**  No. 5:23-CV-460-FL |
| MARTIN O'MALLEY, *Commissioner of Social Security*  Defendant. | ) ) ) ) ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-briefs and the memorandum and recommendation of the United States Magistrate Judge, to which objections were not filed.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered September 4, 2024, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. This matter is remanded to defendant pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

**This Judgment Filed and Entered on September 4, 2024, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Diana Samu / Wanda Mason (via CM/ECF Notice of Electronic Filing)

September 4, 2024            PETER A. MOORE, JR., CLERK

                              /s/ Sandra K.Collins
                             (By) Sandra K. Collins, Deputy Clerk