UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

LORI SEARLES, )
        Plaintiff, )
)
v. ) **JUDGMENT**
)
) No. 5:24-CV-460-FL
)
MARTIN O'MALLEY, )
Commissioner the Social Security )
        Defendant.

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's motion for attorney fees and defendant's stipulation.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 11, 2024, that defendant pay to plaintiff $4,000.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on December 11, 2024, and Copies To:**
Derrick Kyle Arrowood (via CM/ECF Notice of Electronic Filing)
Joanne Kernicky / Wanda Mason (via CM/ECF Notice of Electronic Filing)

December 11, 2024        PETER A. MOORE, JR., CLERK

                              /s/ Sandra K. Collins
                            (By) Sandra K. Collins, Deputy Clerk